# Third District Court of Appeal

## State of Florida

Opinion filed August 17, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0927
Lower Tribunal No. F15-12001A
_____

**Leonardo Moreno-Gonzalez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Joseph Perkins, Judge.

Leonardo Moreno-Gonzalez, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed. See Washington v. State, 335 So. 3d 1270 (Fla. 3d DCA 2022); Simmons v. State, 332 So. 3d 1129, 1131-32 (Fla. 5th DCA 2022),

<u>review denied</u>, No. SC22-256, 2022 WL 1747765 (Fla. May 31, 2022).